# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE.

**DEFENDANTS** MMA ENTERPRISES INC., doing business as SILICON VALLEY MECHANICAL, a California corporation,

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ALAMEDA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
ERSKINE & TULLEY
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CA 94104 (415) 392-5431

ATTORNEYS (IF KNOWN)

E-filing
EMC
ADR

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liabiltiy | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☒ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 535 Death Penalty | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/ disab - Empl | ☐ 555 Prison Condition | | | |
| | ☐ 446 Amer w/ disab - Other | | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Section 502 of the Employee Retirement Income Security Act [29 U.S.C. §1132 This action seeks to compel defendants to pay delinquent trust fund contributions pursuant to the collective bargaining agreement and other agreements executed by defendants and

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____ CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE 08/25/08

SIGNATURE OF ATTORNEY OF RECORD

Michael J. Carroll (St. Bar #50246)

```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

E-filing

CV 08   4100   EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE SHEET METAL WORKERS )  NO.
LOCAL 104 HEALTH CARE PLAN, BOARD OF          )
TRUSTEES OF THE SHEET METAL WORKERS PENSION   )
TRUST OF NORTHERN CALIFORNIA, SHEET METAL     )
WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS   )  COMPLAINT
PLAN; ANTHONY ASHER, TRUSTEE,                 )
                                              )
                    Plaintiffs,               )
                                              )
          vs.                                 )
                                              )
MMA ENTERPRISES INC., doing business as       )
SILICON VALLEY MECHANICAL, a California       )
corporation,                                  )
                                              )
                    Defendant.                )
_____)
```

        Plaintiffs complain of defendant and for a cause of action alleges that:

        1.  Jurisdiction of this Court is founded upon Section 301 (c)(1) of the National Labor Relations Act of 1947 [29 U.S.C. §185(a)] and Section 502 of the Employee Retirement Income Security Act of 1974, said Act being hereinafter referred to as "ERISA" (29 U.S.C. §1132), in that defendant has violated a collective bargaining agreement and certain Trust Agreements, thereby violating the provisions of ERISA and the provisions of the National Labor Relations

COMPLAINT
-1-

1  Act of 1947.  This action is also brought pursuant to the Federal
2  Declaratory Judgment Act (28 U.S.C. §2201 et seq.) in a case of actual
3  controversy between plaintiffs and defendant, and for a Judgment that
4  defendant pay fringe benefit contributions in accordance with its
5  contractual obligations.

6         2.    Plaintiffs Boards of Trustees of the Trust Funds named
7  in the caption (hereinafter "Trust Funds") are trustees of employee
8  benefit plans within the meaning of §§3(1) and (3) and §502(d)(1) of
9  ERISA, 29 U.S.C. §1002(1) and (3) and §1132(d)(1), and a multiemployer
10 plan within the meaning of §§3(37) and 515 of ERISA, 29 U.S.C.
11 §§1002(37) and §1145.  Plaintiff Anthony Asher is a trustee.  Said
12 Trust Funds are authorized to maintain suit as independent legal
13 entities under §502(d)(1) of ERISA, 29 U.S.C. §1132(d)(1).

14        3.    Plaintiffs are informed and believes and thereupon
15 alleges that defendant, MMA ENTERPRISES INC., resides and does
16 business in San Jose, California.  Performance of the obligations set
17 forth therein is in this judicial district.

18        4.    Each and every defendant herein is the agent of each
19 and every other defendant herein.  Defendants and each of them are
20 engaged in commerce or in an industry affecting commerce.

21        5.    At all times pertinent hereto defendant was bound by
22 a written collective bargaining agreement with Sheet Metal Workers
23 Local Union No. 104, a labor organization in an industry affecting
24 commerce.  The aforesaid agreement provide that defendant shall make
25 contributions to the TRUST FUNDS, on behalf of defendant's employees
26 on a regular basis on all hours worked, and that defendant shall be
27 bound to and abide by all the provisions of the respective Trust
28 Agreements and Declarations of Trust of said TRUST FUNDS (hereinafter

1 the "Trust Agreements").

2     6. Defendant has breached both the provisions of the collective bargaining agreement and Trust Agreements referred to above by failing to pay moneys due thereunder on behalf of defendant's employees to the TRUST FUNDS. Said breach constitutes a violation of ERISA (29 U.S.C. 1102, et seq.) and of the National Labor Relations Act of 1947.

8     7. Pursuant to the terms of the collective bargaining agreements, there is now due, owing and unpaid from defendant to the TRUST FUNDS the following:

11     a. Contributions for hours worked by covered employees found due by a payroll audit for the period April 1, 2004 through March 31, 2007, and liquidated damages, interest and test fees which are specifically provided for by said agreement. The total amount due is $1,548.18. Additional monthly amounts will become due during the course of this litigation and in the interest of judicial economy, recovery of said sums will be sought in this case. Interest is due and owing on all principal amounts due and unpaid at the legal rate from the dates on which the principal amounts due accrued. Interest continues to accrue on the principal amount.

21     8. Demand has been made upon said defendant, but defendant has failed and refused to pay the amounts due the TRUST FUNDS or any part thereof; and there is still due, owing and unpaid from defendant the amounts set forth in Paragraph 7 above.

25     9. An actual controversy exists between plaintiffs and defendant in that plaintiffs contend that plaintiffs are entitled to a timely monthly payment of trust fund contributions now and in the future pursuant to the collective bargaining agreement and the Trust

1  Agreements, and defendant refuses to make such payments in a timely
2  manner.
3        10.  The Trust Agreements provide that, in the event suit
4  is instituted to enforce payments due thereunder, the defendant shall
5  pay court costs and reasonable attorneys' fee.  It has been necessary
6  for plaintiff to employ ERSKINE & TULLEY, A PROFESSIONAL CORPORATION,
7  as attorneys to prosecute the within action, and reasonable
8  attorneys' fee should be allowed by the Court on account of the
9  employment by plaintiff of said attorneys.
10        WHEREFORE, plaintiff prays:
11        1.  That the Court render a judgment on behalf of
12  plaintiffs for all contributions due and owing to the date of
13  judgment, plus liquidated damages provided for by the contract,
14  interest at the legal rate, reasonable attorneys' fees incurred in
15  prosecuting this action and costs.
16        2.  That the Court enjoin the defendant from violating the
17  terms of the collective bargaining agreement and the Trust Agreements
18  for the full period for which defendant is contractually bound to file
19  reports and pay contributions to the TRUST FUNDS.
20        3.  That the Court retain jurisdiction of this cause
21  pending compliance with its orders.
22        4.  For such other and further relief as the Court deems
23  just and proper.
24  DATED: August 25, 2008            ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION
25
26
27                                    By: _____
                                      Michael J. Carroll
                                      Attorneys for Plaintiffs
28

COMPLAINT
-4-